1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JASON PARSONS,                           )
                                         )
              Plaintiff,                  )          Case No.   2:09-cv-00119-PMP-GWF
                                         )
vs.                                      )          **ORDER**
                                         )
ALL DEBT TRADERS, LLC, *et al.*,          )
                                         )
              Defendants.                )
_____ )

     This matter is before the Court on the parties' failure to dismiss this case as referenced in Plaintiff's Status Report and Request to Be Excused from the Filing of the Joint Pretrial Order (#28) filed June 17, 2010. Accordingly,

     **IT IS ORDERED** that counsel for the parties shall file a status report or dismissal no later than **March 25, 2011**.

     DATED this 16th day of March, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge